COCHRAN *v.* DODD.

APPEAL from the *Shelby* Circuit Court.

*Per Curiam.*—The record of this case presents no question for the consideration of this Court.

The judgment is affirmed, with 5 per cent. damages and costs.

*R. L. Walpole*, for the appellant.